# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ESTATE OF EARNEST QUEEN, SR.
AND CONSTANCE QUEEN

NO.  2026 CW 0637

VERSUS

SELECT PORTFOLIO SERVICING,
INC., AND KEVIN FUNK, CHIEF
FINANCIAL OFFICER

**JULY 27, 2026**

---

In Re:    Estate of Earnest Queen, Sr. and Constance Queen,
applying for supervisory writs, 19th Judicial District
Court, Parish of East Baton Rouge, No. 769160.

---

BEFORE:    **PENZATO, GREENE, AND FIELDS, JJ.**

    **WRIT DENIED.**

               **AHP**
               **HG**
               **WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT